IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HESTER PRYNNE,

                *Plaintiff,*

v.

RALPH NORTHAM, in his official capacity as Governor of the Commonwealth of Virginia,

and

COLONEL GARY T. SETTLE, in his official capacity as Superintendent of the Virginia Department of State Police,

                *Defendants.*

Civil Action No. 19-cv-00329

## PROPOSED ORDER

Upon consideration of the Plaintiff's Motion For Leave to Use a Pseudonym, that Motion is hereby GRANTED, and the Plaintiff may proceed in this matter by pseudonym. The Plaintiff shall inform the Defendants of her true name by filing the same under seal, on or before March 29, 2019, and no party shall divulge the Plaintiff's true name or identifying information to non-parties or the public for the duration of this case.

SO ORDERED.

Dated: May 1, 2019

                                                *Claude M. Hilton*
                                                United States District Judge

Copies via CM/ECF to all counsel of record.